Local AO 470 (Rev. 01/12) Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1-16-cr-190 |
| Pamela Bailey | ) | |
| | ) | |

**ORDER SCHEDULING**

**DETENTION HEARING**

A hearing in this case is scheduled as follows:

| **Type:** Detention Hearing | **Date and Time:** August 25, 2016 1:30 p.m. |
|---|---|
| **Place:** U.S. Federal Courthouse  Bismarck, ND | **Courtroom No.:**  Bismarck VCR |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Defendant will appear via VCR from Rugby.

Date: 08/23/2016

*/s/ Charles S. Miller, Jr.*
*Judge's signature*

Charles S. Miller, Jr., Magistrate Judge
*Printed name and title*